# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**REGINA MALVIN**                                                        **PLAINTIFF**

**VS.**                    **CASE NO.  4:05CV0001363 JMM**

**ARAMARK SERVICES, INC.**                                    **DEFENDANT**

## ORDER

Plaintiff's Motion to Dismiss With Prejudice is granted (#12). Plaintiff's complaint is dismissed with prejudice and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED this  14  day of December, 2006.


_____
James M. Moody
United States District Judge