UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**REGINA MALVIN**                                                                                                   **PLAINTIFF**

**VS.**                          **CASE NO.  4:05CV0001363 JMM**

**ARAMARK SERVICES, INC.**                                                                **DEFENDANT**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed with prejudice.

IT IS SO ORDERED this  14     day of December, 2006.


_____
James M. Moody
United States District Judge